**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JULIUS RAY WILLIAMS**                                                        **PETITIONER**
**ADC #119375**

**v.**                                    **Case No: 4:24-cv-00963-LPR**

**DEXTER PAYNE**                                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 12th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE